DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| RAYMOND D VAJDOS | Case No. 07-50382 MM |
| | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtor | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2469552 for an unclaimed dividend in the amount of $0.01. The name and address of the claimant entitled to the unclaimed dividend is as follows;

RAYMOND D VAJDOS
P O BOX 51682
PACIFIC GROVE, CA 93950

Dated: June 03, 2010

_____
DEVIN DERHAM-BURK, TRUSTEE

FILED JUN - 4 2010 UNITED STATES BANKRUPTCY COURT SAN FRANCISCO, CA

ORIGINAL

Case: 07-50382   Doc# 67   Filed: 06/04/10   Entered: 06/10/10 15:38:15   Page 1 of 1